

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 26 2005

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) TERRY L. DOWDELL, et al., ) ) Defendants. ) ) | Civil Action No. 3:01CV00116 ORDER 05MBD10192 JUDGE JAMES H. MICHAEL, JR. |

Before the Court is the motion of Roy M. Terry, Jr. and the law firm of DurretteBradshaw PLC as duly appointed Receiver for Terry L. Dowdell, Dowdell, Dutcher & Associates, Inc., Emerged Market Securities, DE-LLC, Authorized Auto Services, Inc. and Vavasseur Corporation for the entry of an order reappointing it as Receiver; and

It appearing that Roy M. Terry, Jr. and the law firm of DurretteBradshaw PLC ("Receiver") serves as Receiver for Terry L. Dowdell, Dowdell, Dutcher & Associates, Inc., and Emerged Market Securities, DE-LLC pursuant to this Court's order entered July 12, 2002; that the Receiver serves as receiver for Authorized Auto Services, Inc. pursuant to this Court's order entered September 17, 2002; and that the Receiver serves as receiver for Vavasseur Corporation pursuant to this Court's order entered February 18, 2003; and

The court finds as a fact and concludes as a matter of law, after due notice of the motion to interested parties, and without objection, that good and sufficient cause exists to reappoint the Receiver.

Accordingly, it is this day

### ORDERED, ADJUDGED AND DECREED:

that Roy M. Terry, Jr. and the law firm of DurretteBradshaw PLC ("Receiver") is hereby reappointed as receiver for Terry L. Dowdell, Dowdell, Dutcher & Associates, Inc., Emerged Market Securities, DE-LLC, Authorized Auto Services, Inc., and Vavasseur Corporation.

ENTERED: /s/ Jas. H. Michael, Jr.
Senior United States District Judge

4-26-2005
Date

I ask for this:

/s/ Douglas Scott
Douglas Scott, VSB No. 28211
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
*Receiver/Movant*

**COPIES TO:**

Steven J. Levine, Esquire
Securities and Exchange Commission
Midwest Regional Office
175 West Jackson Blvd, Suite 900
Chicago, IL 60604
*Plaintiff*

TESTE:
[signature] CORAN, CLERK
DEPUTY CLERK